### YATES v. SAMMOND.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the report of a referee.

The action was brought in Kings county by Robert Yates against John Sammond to recover moneys deposited with defendant, a stock broker, as a margin, and also the profits of a certain purchase and sale of stock made by defendant for plaintiff.

*Beach & Beman* and *J. S. L. Cummins,* for appellant.

*Abel Crook,* for respondent.

TAPPEN, J.

The judgment was affirmed on the ground that the question was one of fact, that the decision of the referee being upon conflicting evidence, would not be interfered with.

*Judgment affirmed.*

---

### SCHOFIELD v. McGREGOR.

APPEAL by plaintiffs from a judgment in favor of defendant, entered upon the verdict of a jury.

The action was brought in Dutchess county by Frederick K. Schofield and others, comprising the board of education of school district No. 3 of the town of Fishkill, against John McGregor, for a breach of contract.

*Anthony & Losey,* for appellants.

*H. H. Hustis,* for respondent.

TALCOTT, J.

The jury found as a fact that there was no breach of the contract on the part of defendant, and the verdict was sustained. No question of law was involved.

*Judgment affirmed.*